Decided October 8, 1998

## STATE OF CONNECTICUT *v.* BRUNO TETI

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 34 (AC 17090), is denied.

*Kenneth J. Bartschi* and *Wesley W. Horton,* in support of the petition.

*Lisa Herskowitz*, assistant state's attorney, in opposition.

Decided October 8, 1998

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 145 (AC 17336), is denied.